**Sidney J. WEBB, Plaintiff-Appellee,**

v.

**Margaret M. HECKLER,\* Secretary of Health and Human Services, Defendant-Appellant.**

**No. 81–4256.**

United States Court of Appeals, Ninth Circuit.

April 19, 1984.

Frank A. Rosenfeld, Robert S. Greenspan, Atty., Appellate Section, Dept. of Justice, Washington, D.C., for defendant-appellant.

Sidney J. Webb, pro se.

Before GOODWIN and ANDERSON, Circuit Judges, and JAMESON,\*\* District Judge.

### ORDER

The Supreme Court, —— U.S. ——, 104 S.Ct. 1583, 80 L.Ed.2d 117, has vacated our judgment reported 9th Cir. at 701 F.2d 81 and remanded the case for further consideration in light of *Heckler v. Mathews*, 465 U.S. ——, 104 S.Ct. 1387, 79 L.Ed.2d 646 (1984). We vacate the district court's judgment reported at 509 F.Supp. 1091 and remand for proceedings consistent with *Mathews*.